IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

DONNA JAMISON,

    Plaintiff,

v.                                      CIVIL ACTION NO. 1:20-00393

ERSHIG PROPERTIES, INC.,
d/b/a MERCER MALL, et al.,

    Defendants.

## AMENDED MEMORANDUM OPINION AND ORDER

Came this day the parties hereto, jointly and by their respective counsel, and hereby announce to this Court their agreement to substitute the improperly-named Defendant, Andrew H. Tran d/b/a Style Nails, with the properly-named Defendant, Vinh T. Nguyen d/b/a Style Nails.  The parties further agree to amend the style of this case on all future pleadings to identify the properly-named Defendant, Vinh T. Nguyen d/b/a Style Nails.[1]

The parties further announce their agreement to allow the previously-filed Stipulation for Extension of Time to File Responsive Pleading to apply to Vinh T. Nguyen d/b/a Style Nails.  It is hereby **ORDERED** that Defendant "Vinh T. Nguyen

---

[1] The court amends its earlier Order, (ECF No. 5), to amend the case heading for clarification purposes.  The court notes that future filings should use the above heading style, where defendants are properly named as Ershig Properties, Inc., d/b/a/ Mercer Mall, et al.

d/b/a Style Nails" shall be substituted for Defendant Andrew H. Tran d/b/a Style Nails, and that said substitution shall be noted on the style of all future pleadings.

The Clerk is further directed to forward a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 2nd day of July, 2020.

        ENTER:

        David A. Faber
        Senior United States District Judge

2